**UNITED STATES BANKRUPTCY COURT**
**Northern District of Indiana**
**Hammond Division**

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Gregory A Anderson<br>xxx–xx–7939<br>3112 E. Hickory St.<br>Portage, IN 46368<br><br>Patricia D Anderson<br>xxx–xx–4199<br>3112 E. Hickory St.<br>Portage, IN 46368 | )<br>)<br>)<br>) Case Number: 11–20132–jpk<br>)<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 13<br>) |

# ORDER

   The Court takes judicial notice that Debtor's ("Movant") on November 19, 2013, filed a Amended Plan Post Confirmation.

   The Movant has not filed with said Motion a Proof of Service by the Movant of a Notice of an opportunity to object to said Motion in a form that substantially complies with Local Bankruptcy Form 3a (LBF–3a), or Local Bankruptcy Form 3b (LBF–3b), as is required by N. D. Ind. L.B.R. B–2002–2(d) of the United States Bankruptcy Court for the Northern District of Indiana. It is therefore,

   **ORDERED,** that Movant file Proof of Service of a Notice of Opportunity to Object to said Motion within 60 days of the date of the entry of this Order as required by N. D. Ind. L.B.R. B–2002–2(d), and failing to do so the Court may sua sponte dismiss said Motion without further notice and hearing for want of prosecution pursuant to N.D. Ind. L.B.R. B–7041–1, without prejudice to refiling as permitted by applicable law at the time of refiling.

Dated: November 20, 2013 .

J. Philip Klingeberger
_____
Judge, United States Bankruptcy Court
5400 Federal Plaza
Hammond, Indiana 46320

Document No. 98 – 95

LR–11
Rev. 11/09/12